# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2013

146626

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellant,

v                                                                SC:  146626
                                                                  COA:  307102
                                                                  Cheboygan CC:  11-004309-FC
CHAD JAMES GARRISON,
            Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the December 20, 2012 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on whether to grant the application or take other action.  MCR 7.302(H)(1).  At oral argument, the parties shall address whether the victims' travel expenses were properly included in the amount of restitution that the defendant was ordered to pay.  See MCL 780.766 and MCL 769.1a.  The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

       The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae.  Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2013                                             _____
s0430                                                                          Clerk